1  KENNY N. GIFFARD, State Bar No. 101727
   Attorney at Law
2  2214 21st Street
   Sacramento, California 95818
3  Telephone: (916) 456-3030

4  Attorney for Defendant
   ILIE ZDRAGAT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00387-MCE |
| Plaintiffs, | **EX PARTE APPLICATION FOR TIME TO FILE RELEASE DOCUMENTS AND ORDER** |
| vs. | |
| ILIE ZDRAGAT, | |
| Defendant.                                    / | |

TO: THE UNITED STATES OF AMERICA, UNITED STATES ATTORNEY, BENJAMIN WAGNER AND TO ASSISTANT UNITED STATES ATTORNEY, TODD LERAS:

Defendant, ILIE ZDRAGAT, requests that the Court grant him additional time up to and including November 30, 2012, by which to file all of the Release Documents for the Secured Appearance Bond filed in this matter.

At the detention hearing of November 9, 2012, the Court ordered that all Release documents be filed by November 16, 2012. The Court also indicated that if this was not sufficient time to obtain, prepare and file those Release documents, defendant could apply for additional time. Defendant has been diligent in attempting to procure the information necessary for the Release documents but needs additional time to file.

1
_____
EX-PARTE APPLICATION FOR TIME TO FILE RELEASE DOCUMENTS AND ORDER

This application will be based upon this notice, the attached Declaration of KENNY N. GIFFARD, the pleadings, records, transcripts, and files in this action.

A Status Conference is currently set for November 29, 2012, in Courtroom 7 before the Honorable Morrison C. England, Jr.

Dated:  November 16, 2012

Respectfully submitted,

/s/ Kenny N. Giffard
_____
KENNY N. GIFFARD
Attorney for Defendant
ILIE ZDRAGAT

**DECLARATION**

I, KENNY N. GIFFARD, declare as follows:

1. I am an active member of the State Bar of California and am licensed to practice before all of the courts of the State of California and am licensed to practice before the United States District Court for the Eastern District of California.

2. I am counsel of record for defendant, ILIE ZDRAGAT.

3. I have personal knowledge of the matters stated herein and if called, could and would competently testify thereto.

4. At the November 9, 2012, hearing at defendant's arraignment on the Indictment, Mr. Zdragat was released from custody and ordered to file all Release documents by November 16, 2012.  He was also informed by the Court that if this was not sufficient time, an application could be made for additional time.

5. All documents have been procured by which to file the Deed of Trust for the real property pledged as surety in this case, except for the "Limited Title Report."  Mr. Timothy Hansen, Chief Title Officer for the Rocklin office of Placer Title Company has stated that this report could take six to seven days to complete because of the holiday and volume of title searches for foreclosures and refinancing of loans.

1        6.  Thus, out of an abundance of caution, this counsel needs an additional
2  two weeks time, up to and including November 30, 2012, by which to file all of the
3  Release documents in this case.
4        7.  I also conversed this day with Assistant United States Attorney Todd
5  Leras regarding this application.  Mr. Leras has stated that he will not oppose this request
6  for the additional two weeks time in which to file the Release documents.
7        I declare and certify under penalty of perjury that the foregoing is true and
8  correct and that this declaration was executed on this 16th day of November, 2012, at
9  Sacramento, California.

10                               /s/ Kenny N. Giffard
                                 _____
11                               KENNY N. GIFFARD

3

EX-PARTE APPLICATION FOR TIME TO FILE RELEASE DOCUMENTS AND ORDER

**ORDER**

GOOD CAUSE THERE APPEARING, and at the request of defendant Ilie Zdragat, it is hereby ordered that defendant shall have until and including November 30, 2012, by which to file all of the Release documents in this case.

**IT IS SO ORDERED.**

Dated: November 20, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE