1  KENNY N. GIFFARD, State Bar No. 101727
   Attorney at Law
2  2214 21st Street
   Sacramento, California 95818
3  Telephone: (916) 456-3030

4  Attorney for Defendant
   ILIE ZDRAGAT

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,                **Case No. 2:12-cr-00387-MCE**

                                    Plaintiffs,        **STIPULATION AND ORDER**
12
    vs.
13
    ILIE ZDRAGAT,
14
                        Defendant.
15  _____/

16        It is hereby stipulated and agreed to by the United States of America

17  through TODD D. LERAS, Assistant United States Attorney, and defendant ILIE

18  ZDRAGAT, by and through his attorney, KENNY N. GIFFARD, that the status

19  conference set for Thursday, November 29, 2012, be continued to a status conference on

20  Thursday, January 24, 2013, at 9:00 a.m.

21        This continuance is being requested because defense counsel needs time to

22  prepare for trial, to review discovery, and to interview witnesses.  The parties anticipate

23  that the discovery to be delivered to defendant will be voluminous because of the nature

24  of the case.

25  ///

26  ///

27  ///

28  ///

1       Furthermore, the parties stipulate and agree that the interests of justice

2  served by granting this continuance outweigh the best interests of the public and the

3  defendant in a speedy trial.  (18 U.S.C. §3161(h)(A)).

4       Speedy trial time is to be excluded from the date of this order through the

5  date of the status conference set for January 24, 2013, pursuant to 18 U.S.C. §

6  3161(h)(7)(B)(iv) (reasonable time to prepare) (Local Code T4).

7  Dated: November 27, 2012

8                Respectfully submitted,

9

10               /s/ Kenny N. Giffard

11

                  KENNY N. GIFFARD

12               Attorney for Defendant

                  ILIE ZDRAGAT

13

14

                  /s/ Kenny N. Giffard for

15

                  TODD D. LERAS

16               Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26  ///

27  ///

28  ///

**ORDER**

Based upon the stipulation of the parties and good cause there appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based upon these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including January 24, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (reasonable time for defense counsel to prepare and Local Code T4.  A new status conference date is hereby set for January 24, 2013, at 9:00 a.m.

Dated:  December 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE