1 BENJAMIN B. WAGNER
United States Attorney
2 TODD D. LERAS
Assistant U.S. Attorney
3 501 I Street, Ste 10-100
Sacramento, CA 95814
4 Telephone (916) 554-2918

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA        ) CR. NO. 2:12-cr-00387 MCE
                                   )
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER
13        v.                       ) TO CONTINUE STATUS CONFERENCE
                                   )
14 ILIE ZDRAGAT,                   )
                                   )
15              Defendant.         )
                                   )
16 _____ )

17

18      The United States of America, through Assistant United States

19 Attorney Todd D. Leras, and the defendant Ilie Zdragat, through his

20 counsel, Kenny N. Giffard, stipulate and agree to continue the

21 status conference, scheduled for January 24, 2013, to March 28,

22 2013, at 9:00 a.m.

23      This case involves allegations that defendant participated in a

24 scheme to file false tax returns.  The government has recently

25 released to defense counsel a significant number of audiotapes

26 related to the investigation of this matter.

27 ///

28 ///

1

1    Defense counsel needs time to review the tapes, arrange for

2    translation of any tapes which are not in English, and to conduct

3    follow-up investigation related to matters discussed in the tapes.

4    The  parties therefore request that the current status conference be

5    continued and that time be excluded pursuant to 18 U.S.C. §

6    3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and

7    continuity of counsel).  The parties agree to an exclusion of time

8    for the reasons stated above up to and including March 28, 2013.

9           Kenny Giffard has authorized Assistant U.S. Attorney Todd Leras

10   to sign this stipulation on his behalf.

11                                   Respectfully submitted,

12                                   BENJAMIN B. WAGNER
                                     United States Attorney
13

14   DATED: January 22, 2013         By: /s/ Todd D. Leras
                                         TODD D. LERAS
15                                       Assistant U.S. Attorney

16

17   DATED: January 22, 2013         By: /s/ Todd D. Leras for
                                         KENNY N. GIFFARD
18                                       Attorney for Defendant

19

20

21

22

23

24

25

26   ///

27   ///

28   ///

                                     2

## ORDER

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for January 24, 2013, is continued to March 28, 2013, at 9:00 a.m.  Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including March 28, 2013.

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE