BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:12-cr-0387 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| ILIE ZDRAGAT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     The United States of America, through Assistant United States
Attorney Todd D. Leras, and the defendant Ilie Zdragat, through his
counsel, Kenny N. Giffard, stipulate and agree to continue the
status conference, scheduled for June 20, 2013, to September 26,
2013, at 9:30 a.m.

     This case involves allegations that defendant participated in a
scheme to file false tax returns.  The discovery includes a
significant number of audiotapes related to the investigation of
this matter.  These tapes are in the Moldavan language.  Defense
counsel needs additional time to complete an appropriate review of
tape translations in order to advise his client on how to proceed in

1

1  the case.  The  parties therefore request that the current status

2  conference be continued and that time be excluded pursuant to 18

3  U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation

4  and continuity of counsel).  The parties agree to an exclusion of

5  time for the reasons stated above up to and including September 26,

6  2013.

7       Kenny Giffard has authorized Assistant U.S. Attorney Todd Leras

8  to sign this stipulation on his behalf.

9                                   Respectfully submitted,

10                                  BENJAMIN B. WAGNER
                                    United States Attorney
11

12 DATED: June 18, 2013          By: /s/ Todd D. Leras
                                     TODD D. LERAS
13                                   Assistant U.S. Attorney

14

15 DATED: June 18, 2013          By: /s/ Todd D. Leras for
                                     KENNY N. GIFFARD
16                                   Attorney for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for June 20, 2013, is continued to September 26, 2013, at 9:30 a.m.  Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including September 26, 2013

DATED: June 19, 2013

Troy L. Nunley
United States District Judge

3