BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 2:12-cr-0387 TLN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| ILIE ZDRAGAT, | ) |
| Defendant. | ) |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Ilie Zdragat, through his counsel, Kenny N. Giffard, stipulate and agree to continue the status conference, scheduled for September 26, 2013, to December 5, 2013, at 9:30 a.m.

This case involves allegations that defendant participated in a scheme to file false tax returns. The discovery includes a significant number of audiotapes related to the investigation of this matter. These tapes are in the Moldavan language. Defense counsel has not yet had sufficient time to complete an appropriate review of the taped conversations. In addition, defense counsel

1

1  needs to discuss the content of the tapes with his client in order
2  to address potential defenses in the case.  The  parties therefore
3  request that the current status conference be continued and that
4  time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local
5  Code T-4 (attorney preparation and continuity of counsel).  The
6  parties agree to an exclusion of time for the reasons stated above
7  up to and including December 5, 2013.
8      Kenny Giffard has authorized Assistant U.S. Attorney Todd Leras
9  to sign this stipulation on his behalf following a review of its
10 contents.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: September 20, 2013      By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney


DATED: September 20, 2013      By: /s/ Todd D. Leras for
                                    KENNY N. GIFFARD
                                    Attorney for Defendant

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for September 26, 2013, is continued to December 5, 2013, at 9:30 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including December 5, 2013

DATED:     September 23, 2013

Troy L. Nunley
United States District Judge