KENNY N. GIFFARD, State Bar No. 101727
Attorney at Law
2214 21st Street
Sacramento, California 95818
Telephone: (916) 456-3030

Attorney for Defendant
ILIE ZDRAGAT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:12-cr-00387-TLN** |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| ILIE ZDRAGAT, | |
| Defendant. | |
| _____/ | |

It is hereby stipulated and agreed-to by the United States of America through HEIKO COPPOLA, Assistant United States Attorney, and defendant ILIE ZDRAGAT, by and through his attorney, KENNY N. GIFFARD, that the status conference set for Thursday, October 23, 2014, be continued to a status conference on Thursday, December 18, 2014, at 9:30 a.m.

This continuance is being requested because defense counsel needs time to prepare for trial, to review discovery, and to interview witnesses. The discovery already presented to the defendant in this case is voluminous and comprises numerous cd's which need to be translated, and several thousand pages of investigative reports.

Most recently, the government has provided this defendant with a number _ of cd's and partially translated recordings of purported contacts between the defendant and others wherein activity related to the charged offenses was then occurring.

Furthermore, the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  (18 U.S.C. §3161(h)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 18, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (reasonable time to prepare) (Local Code T4).

Dated: October 20, 2014

Respectfully submitted,

/s/ Kenny N. Giffard
KENNY N. GIFFARD
Attorney for Defendant
ILIE ZDRAGAT

/s/ Kenny N. Giffard for
HEIKO COPPOLA
Assistant U.S. Attorney

**ORDER**

Based upon the stipulation of the parties and good cause there appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based upon these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be

commenced beginning from the date of the stipulation through and including December 18, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (reasonable time for defense counsel to prepare and Local Code T4.)  A new status conference date is hereby set for December 18, 2014, at 9:30 a.m.

Dated:  October 22, 2014

Troy L. Nunley
United States District Judge