KENNY N. GIFFARD, State Bar No. 101727
Attorney at Law
2865 Sunrise Boulevard, Suite 224
Rancho Cordova, California 95742
Telephone: (916) 631-4226

Attorney for Defendant
ILIE ZDRAGAT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00387-TLN |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| ILIE ZDRAGAT, | |
| Defendant. | |

It is hereby stipulated and agreed-to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and defendant ILIE ZDRAGAT, by and through his attorney, KENNY N. GIFFARD, that the status conference set for Thursday, September 24, 2015, be continued to a status conference on Thursday, November 19, 2015, at 9:30 a.m.

This continuance is being requested because defense counsel needs time to prepare for trial, to review discovery, and to interview witnesses. The discovery already presented to the defendant in this case is voluminous and comprises numerous cd's which need to be translated, and several thousand pages of investigative reports.

Most recently, the government had provided this defendant with a number of cd's and partially translated recordings of purported contacts between the defendant

and others wherein activity related to the charged offenses was then occurring. Counsel for the defendant had to have those translated and the contents therein investigated in preparation for trial. This also included an investigation done of the associated activities of the government's primary witness against the defendant.

Lastly, the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 19, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (reasonable time to prepare) (Local Code T4).

Dated: September 21, 2015

Respectfully submitted,

/s/ Kenny N. Giffard

KENNY N. GIFFARD
Attorney for Defendant
ILIE ZDRAGAT

/s/ Kenny N. Giffard for
_____
HEIKO P. COPPOLA
Assistant U.S. Attorney

## ORDER

Based upon the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the

2

_____

defendant in a speedy trial.  Based upon these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including November 19, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (reasonable time for defense counsel to prepare and Local Code T4.)  A new status conference date is hereby set for November 19, 2015, at 9:30 a.m.

Dated: September 21, 2015

Troy L. Nunley
United States District Judge

3
_____
STIPULATION AND ORDER