HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ILIE ZDRAGAT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-387 TLN |
| Plaintiff, | **UNOPPOSED REQUEST TO EXONERATE PROPERTY BOND; ORDER** |
| v. | |
| ILIE ZDRAGAT, | Judge: Hon. Troy L. Nunley |
| Defendant. | |

Defendant, ILIE ZDRAGAT, by and through his attorney of record, Assistant Federal Defender David M. Porter, hereby requests this Court issue the proposed order attached hereto exonerating the $100,000 property bond in the above-captioned case (ECF No. 21), and reconveying the property to the sureties, Iliy Dron and Larisa Dron. The government does not oppose this request.

On November 9, 2012, after a detention hearing, Magistrate Judge Gregory G. Hollows ordered that Mr. Zdragat be released on a $100,000 bond secured by real property owned by Iliy Dron and Larisa Dron. (ECF No. 12.) The Clerk of the Court received the original Deed of Trust (No. 2012-1205) on November 26, 2012. (ECF No. 22.) Mr. Zdragat was released from custody and ordered to appear at all future proceedings, which he did.

/ / /

On April 27, 2017, this Court sentenced Mr. Zdragat to a 24-month term of imprisonment, to be followed by a 12-month period of supervised release.  Mr. Zdragat was released from the custody of the Bureau of Prisons on February 8, 2019, and successfully completed his term of supervised release in February 2021.  Accordingly, Mr. Zdragat requests the Clerk of the Court be directed to mail the original Deed of Trust and all relevant documents to the sureties, Iliy Dron and Larisa Dron.

Undersigned counsel communicated by email with government counsel, Assistant U.S. Attorney Heiko Coppola, who confirmed that the government has no opposition to this request.

Date:  September 3, 2021

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS  
                                              Federal Defender

                                              /s/  *David M. Porter*  
                                              DAVID M. PORTER  
                                              Assistant Federal Defender

                                              Attorneys for Defendant  
                                              ILIE ZDRAGAT

**O R D E R**

The Court has received, reviewed, and considered Defendant Ilie Zdragat's motion to exonerate the property bond.  The government does not oppose the defendant's motion.  The Court finds that Mr. Zdragat was released on pretrial supervision pursuant to a $100,000 bond secured by the equity in real property owned by Iliy Dron and Larisa Dron.  The sureties posted the property bond on November 26, 2012.

Good cause appearing therefor, the Court hereby GRANTS the defendant's motion.  The Clerk of the Court shall exonerate the property bond in the above-captioned case and reconvey the property to sureties.  The Clerk is further directed to mail the original Deed of Trust and all relevant documents to the property owners.

**IT IS SO ORDERED**.

DATED:  September 3, 2021

Troy L. Nunley
United States District Judge

-3-